ALICE SABLOSKY *v.* MICHAEL SABLOSKY

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 66 (AC 19261), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) the trial court's judgment of contempt must be reversed; and (2) the trial court's award of damages, attorney's fees and costs must be vacated?"

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16472.

*Michael Ruben Peck*, in support of the petition.

*Henry B. Hurvitz*, in opposition.

Decided February 7, 2001

SCOTT JOHNSON *v.* VICTORIA DE TOLEDO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 156 (AC 19289), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had used the proper standard of proof in discharging the plaintiff's mechanic's lien?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16475.

*Anthony M. Modugno*, in support of the petition.

*John M. Gasidlo*, in opposition.

Decided February 7, 2001